**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **VDPP, LLC,**<br>　　　　　**Plaintiff,**<br><br>**v.**<br><br><br>**VOLKSWAGEN GROUP OF<br>AMERICA, INC<br>　　　　　Defendant** | **Case No. 4:23-cv-02961**<br><br><br>**Jury Trial Demanded** |

**DECLARATION OF WILLIAM P. RAMEY III**

1. My name is William P. Ramey, III.  I am over the age of 21. I have never been convicted of a felony, and I have personal knowledge of the facts contained herein, which are true and correct. If called as a witness, I could competently testify to these statements.

2. I am licensed to practice law in the state of Texas and am an attorney with the law firm of Ramey LLP. I represent the Plaintiff in the above-captioned lawsuit.

3. Exhibit A to this Declaration is a true and correct copy of United States Patent No. 10,021,380.

4. Exhibit B to this Declaration is a true and correct copy of a draft claim chart for claim 1 of the '380 patent.

5. Exhibit C to this Declaration is a true and correct copy of a letter to Meta Platforms, Inc.

6. Exhibit D to this Declaration is a true and correct copy of a letter to TTE Corporation.

7. Exhibit E to this Declaration is a true and correct copy of a letter to Acer America Corporation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 18, 2024.

William P. Ramey, III