# EXHIBIT D



April 12, 2024


TTE Corporation

Xinpei Zhang
TTEE Corporation
9F, TCL Electronics Building, TCL International E City. No.l00l Zhongshanyuan Rd.
Nanshan District. Shenzhen



Dear Sir or Madam,

I write this letter to confirm our understanding of the settlement with VDPP, LLC in March of 2020 with TTE Corporation.  I am counsel for VDPP, LLC and authorized to act on its behalf. No action is needed by your company unless VDPP, LLC's understanding of the settlement agreement is incorrect.

It was my client's understanding that TTE Corporation denied that it infringed any of the asserted claims in *VDPP, LLC v. TTE Tech Inc.*, Case No. 3:19-cv-02019.  Therefore, TTE would not have had any products to mark with the patent numbers from the asserted patents, including 9,426,452; 9,699,444; and, 9,948,92 and all reissues, reexaminations, continuations, continuations-in-part, and divisionals thereof, and any foreign or domestic patent issuing from any application claiming priority or deriving from or sharing a common priority claim, in whole or in part, to any of the foregoing; and all prior, current and future patents owned, held or controlled by Licensor throughout the world. ("VDPP Patents").

It is VDPP, LLC's further understanding that the end of litigation between TTE and VDPP was not a license where TTE was looking to sell a product under any of the VDPP Patents.

It is VDPP, LLC's further understanding that the end of litigation between TTE and VDPP was entered into to terminate litigation and prevent future litigation between VDPP, LLC and TTE for patent infringement.

It is VDPP, LLC's further understanding that TTE does not believe it produces any product that could be considered a patentable article under 35 U.S.C. §287.

VDPP, LLC believes it has taken reasonable steps to ensure compliance with 35 U.S.C. §287.

---

713-426-3923     5020 Montrose Blvd., Suite 800

www.rameyfirm.com     Houston, TX 77006

If TTE disagrees with any of this letter and instead contends that it produced a patented article during the pendency of the VDPP Patents, please identify the patented article.

Sincerely,

William P. Ramey, III